# Court of Appeals
# of the State of Georgia

ATLANTA,  May 05, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1321.  QUANG PHAM v. NGUYET NGO.

Quang Pham ("Husband") and Nguyet Ngo ("Wife") divorced in 2016. The divorce decree awarded Wife possession of the marital residence and required her to pay off certain obligations of the marriage.[1] In 2018, upon Husband's motion, the trial court entered an order finding Wife in contempt of the divorce decree and directed her to pay all debt obligations and put the marital residence up for sale. Husband subsequently filed a second motion for contempt, claiming that Wife had not cooperated in selling the marital residence. The trial court denied Husband's motion, and he filed this direct appeal. We lack jurisdiction.

Where, as here, the underlying action involves rights and obligations arising out of a divorce decree and does not involve child custody, the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). Appeals in such matters, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2), (b); *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which child custody is not at issue must be brought by discretionary application).

"The failure to comply with the discretionary appeal procedures of OCGA § 5-6-35 is . . . a jurisdictional defect compelling dismissal where, as here, the discretionary application is required[.]" *Crosson v. Conway*, 291 Ga. 220, 220 (1)

---

[1] Wife filed an application for discretionary appeal from the divorce decree, which we denied. See Case No. A17D0454 (decided June 9, 2017).

(728 SE2d 617) (2012). Because Husband failed to file a discretionary application, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,  05/05/2021*

            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*